May 1, 1973

No. 335.   LARKIN, by Guardian *ad litem,* and another, Plaintiffs and Respondents, v. WAGNER and another, Defendants and Appellants: STATE FARM MUTUAL INSURANCE COMPANY, Defendant and Respondent.

For the defendants-appellants, *Bradley D. Armstrong* and *Axley, Brynelson, Herrick & Gehl* of Madison. For the plaintiffs-respondents, *Robert E. Cook* of Milwaukee. For the defendants-respondents, *John R. Henderson* of Milwaukee.

. Appeal. Opinion on motions of respondents for reconsideration and clarification of order for partial reversal as of course.